## Commonwealth v. Smith, Appellant.

Submitted December 11, 1967. *Paul D. Smith,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Per Curiam: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), and *Commonwealth v. Mitchell,* 427 Pa. 395, 235 A. 2d 148 (1967), the record is remitted with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined.

## Commonwealth v. Spence, Appellant.

Submitted December 11, 1967. *Aurelio Munoz* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *John A. McMenamin* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.